The People of the State of Illinois, defendant in error, v. Sally Rand, plaintiff in error. Gen. No. 37,635.

Opinion filed November 19, 1934.
Samuel Berke, for plaintiff in error; Mayer Goldberg, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Mary Owczarzak, as executrix of the estate of Paulina Ropacki, deceased, appellee, v. Walter Ropacki et al., appellants. Gen. No. 37,664.

Opinion filed November 19, 1934.
Joseph X. Waynne, for appellants. William T. Dickerman, for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Frank Scardina, appellee, v. Litsinger Motor Company, appellant. Gen. No. 37,675.

Opinion filed November 19, 1934.
Litsinger, Healy, Reid & Bye, for appellant. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Catherine Miller, appellee, v. Henry Levy, trading as Levy Exchange, appellant. Gen. No. 37,802.

Opinion filed November 19, 1934.
Edward H. Kubitz, for appellant. Gordan Quinn, for appellee.
Mr. Justice McSurely delivered the opinion of the court.